No. 75–6162.   HILL v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 75–6164.   MOSES v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 75–6173.   COLLIER v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 75–6174.   HURLEY ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 75–6190.   LLOYD v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 75–6191.   STANLEY v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 75–6206.   MURPHY v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 75–6230.   COTTON v. TENNESSEE.   Sup. Ct. Tenn. Certiorari denied.

No. 75–6234.   McCOLLIN v. BRITT, PENITENTIARY SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 75–6243.   BROWN v. COWAN, PENITENTIARY SUPERINTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 75–6252.   ARCHULETA v. ARCHULETA.   Ct. App. D. C.   Certiorari denied.

No. 75–6255.   SMITH v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 75–6260.   ADAMS v. HICKTON.   C. A. 3d Cir. Certiorari denied.